GERALD J. WENSLEY ET AL., APPELLEES, V. NEW DARCO, INC., ET AL., APPELLANTS, JOHN BENALKEN ET AL., APPELLEES.

346 N.W.2d 257

Filed March 23, 1984. No. 83-584.

Terrence D. O'Hare of Boland, Mullin & Walsh, and Thomas A. Gleason of Dolan, Davis & Gleason, for appellants New Darco, Inc., et al.

Thomas M. Knepper, and Kirk S. Blecha of Baird, Holm, McEachen, Pedersen, Hamann & Strasheim, for appellants Shearson, Hayden & Stone, and Johansen.

Amy S. Bones of Fraser, Stryker, Veach, Vaughn, Meusey, Olson, Boyer & Bloch, P.C., for appellants Hunter and Houlihan

R. David Garber of Garber & Batt, for appellees Wensley et al.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, and SHANAHAN, JJ.

PER CURIAM.
Judgment affirmed.

AFFIRMED.